IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:07-cv-01669-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT THE FILING FEE |
| vs. | |
| THE DEPARTMENT OF CORRECTIONS & REHABILITATION, et al., | (DOCUMENT #4) |
| | (30) THIRTY DAY DEADLINE |
| Defendants. / | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2008, plaintiff filed a motion to extend time to submit the filing fee for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to submit the filing fee.

IT IS SO ORDERED.

Dated:   **January 14, 2008**         **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE