# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD' RASHEED aka JAMES E. SMITH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　Defendants.<br>_____ / | 1:07-cv-01669-OWW-GSA-PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |

　　　　Plaintiff Tahee Abd' Rasheed aka James E. Smith ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2007, pursuant to 28 U.S.C. § 1915(g), the court found plaintiff ineligible to proceed in forma pauperis in this action and required him to pay the $350.00 filing fee in full within thirty (30) days. On January 4, 2008, plaintiff filed a motion to extend time to submit the filing fee. On January 14, 2008, the court granted plaintiff a thirty (30) day extension of time to submit the filing fee. More than sixty (60) days have passed, and plaintiff has not submitted the $350.00 filing fee or otherwise responded to the court's order.

　　　　Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:　　March 24, 2008　　　　　　　　　　/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE